**UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>DENNIS BUMBA<br>MELISSA BUMBA<br>                              Debtor(s)<br><br>BMO Harris Bank N.A., successor in interest to M&I Marshall & Ilsley Bank<br>                              Movant.<br><br>DENNIS BUMBA<br>MELISSA BUMBA<br>Respondent/Debtor<br><br>Ronda J. Winnecour, Standing Trustee<br>Additional Respondent | CASE NO. 08-27996-JAD<br><br>CHAPTER 13 |

**AMENDED ORDER ON MOTION TO REOPEN CHAPTER 13 BANKRUPTCY FOR LIMITED PURPOSE**

      This cause came on for hearing this _____ day of _____, 2017, in said District, upon the Motion to Reopen the Bankruptcy Case # 08-27996-JAD for limited purpose. Upon statements of counsel, the evidence and law:

      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Movant's Motion to Reopen the Bankruptcy Case # 08-27996-JAD for limited purpose filed on 9/26/2017 is hereby granted.

      It is further ORDERED AND DECREED that Bankruptcy Case # 08-27996-JAD is hereby reopened for a limited purpose.

 

                                                                       Honorable Jeffery A. Deller
                                                                       United States Bankruptcy Judge

Keri P. Ebeck
PA I.D #91298
436 7th Avenue
Suite 2500
Pittsburgh, PA 15219
(412) 388-7102