# IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: : | |
| DENNIS BUMBA : | Bankruptcy No. 08-27996-JAD |
| MELISSA BUMBA : | Chapter 13 |
| Debtor(s) : | |
| BMO Harris Bank N.A., successor in interest to : | Related to Proof of Claim # 13-1 |
| M&I Marshall & Ilsley Bank | |
| Movant : | |
| : | |
| RONDA J. WINNECOUR, TRUSTEE : | |

## CERTIFICATE OF SERVICE OF AMENDED PROOF OF CLAIM

I, Keri P. Ebeck, certify under penalty of perjury that I served the above captioned Amended Proof of Claim on the parties at the addresses below, on  September 27 , 2017. The type of service was by First Class mail.

The total number of parties served was      4       .

DENNIS BUMBA
4021 Lawnview Avenue
Pittsburgh PA 15227

MELISSA BUMBA
4021 Lawnview Avenue
Pittsburgh PA 15227

U.S. Trustee, Liberty Center, 1001 Liberty Avenue, Suite 970, Pittsburgh, PA 15222

Ronda J. Winnecour, Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219

EXECUTED ON: September 27 , 2017          By:     Keri P. Ebeck